Case #: 3:14-cr-123                                      Date: March 20, 2015

## United States of America    vs.    Terry Sharkey

**PROCEEDINGS: Sentencing.** Neither party had any objections to the Presentence Investigative Report. The Court directs the defendant to contact the government regarding property seized from him at the time of his arrest.

---

THE HONORABLE PAMELA L. REEVES, UNITED STATES DISTRICT JUDGE PRESIDING

---

| Angela Archer | Netta Kocuba | David Jennings |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

| Pro se/Robert Kurtz (elbow) | Joe Cuccia/John Lynn/Kathryn Calloway |
|---|---|
| **Attorney for Defendant** | **Probation Officer** |

- ☐ Defendant allocutes
- ☐ Government's Motion for Acceptance of Responsibility  ☐ granted  ☐ denied
- ☐ Government's Motion  ☐ granted  ☐ denied
- ☐ Defendant's Motion  ☐ granted  ☐ denied
- ■ **JUDGMENT OF THE COURT:**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of time served; this term is as to each count of Counts 1-6 to run concurrently. Upon release from imprisonment, the defendant shall be on supervised release for a term of 2 years. The defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. No fine imposed. The defendant shall comply with the special conditions as set forth in the J&C.

- ■ Special assessment: $180.00       ■ Restitution: $3,500.00
- ☐ Defendant remains released pending designation
- ■ Defendant remanded to custody- *for processing*

9:00 a.m.   to   9:35 a.m.